IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL JOHNSON, Individually and as : | | CIVIL ACTION |
| Heir to the Estate of Josie Johnson, Deceased : | | |
| : | | |
| v. : | | |
| : | | |
| METLIFE BANK, N.A., Successor to BNY : | | |
| Mortgage Company, LLC, et al. : | | NO. 11-800 |

## ORDER

**AND NOW**, this 21st day of September, 2011, upon consideration of Defendant World Alliance Financial Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 20), Defendants Reverse Mortgage Solutions, Inc. and Bank of America Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 19), Plaintiff's Motion for Leave to File Third Amended Complaint (Docket No. 24), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Leave to File Third Amended Complaint is **GRANTED**.

2. Defendant World Alliance Financial Corporation's Motion to Dismiss is **DISMISSED AS MOOT**.

3. Defendants Reverse Mortgage Solutions, Inc. and Bank of America Corporation's Motion to Dismiss is **DISMISSED AS MOOT**.

4. The Clerk of Court shall docket the Third Amended Complaint, which is attached as an Exhibit to Plaintiff's Motion for Leave to File Third Amended Complaint.

5. Defendants shall file their responses to the Third Amended Complaint on or before October 5, 2011.

          BY THE COURT:

          /s/ John R. Padova, J.

          _____
          John R. Padova, J.