IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL JOHNSON, Individually and as : CIVIL ACTION
Heir to the Estate of Josie Johnson, Deceased :
                                          :
              v.                          :
                                          :
METLIFE BANK, N.A., Successor to BNY      :
Mortgage Company, LLC, et al.             : NO. 11-800

## ORDER

     **AND NOW**, this 7th day of August, 2012, upon consideration of Defendant MetLife Bank's Motion for Summary Judgment, and Defendants Bank of America and Reverse Mortgage Solutions's Motion for Summary Judgment, and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.    MetLife Bank's Motion for Leave to File a Reply Brief (Docket No. 71) is **GRANTED**. The Clerk shall enter the brief attached to said Motion on the docket.

2.    Bank of America and Reverse Mortgage Solution's Amended Motion for Leave to File a Reply Brief (Docket No. 70) is **GRANTED**. The Clerk shall enter the brief attached to said Motion on the docket.

3.    MetLife Bank's Motion for Summary Judgment (Docket No. 64) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is granted as to Counts II and III, and **JUDGMENT IS ENTERED** against Plaintiff and in favor of MetLife on those counts only. The Motion is denied as to Count I.

4.    Bank of America and Reverse Mortgage Solutions's Motion for Summary Judgment (Docket No. 65) is **GRANTED**. **JUDGMENT IS ENTERED** against Plaintiff and in favor of Bank of America and Reverse Mortgage Solutions on Counts II and III.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.